

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Kodiak Gypsum Mountain States LLC
d/b/a AO Door, Appellant

No. 06-18-00069-CV    v.

Unity Commercial Solutions, LLC and
Insurors Indemnity Company, Appellee

Appeal from the County Court at Law No.
2 of Gregg County, Texas (Tr. Ct. No.
2017-881-CCL2).    Opinion delivered by
Justice Burgess, Chief Justice Morriss and
Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We further order that the appellant, Kodiak Gypsum Mountain States LLC d/b/a AO Door, pay all costs of this appeal.

RENDERED OCTOBER 3, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk